IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGENT MARKETS GROUP, LTD., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-0811 |
| | § | |
| UBS AG, | § | |
|     Defendant. | § | |

## **CONDITIONAL ORDER OF DISMISSAL**

The Court has been advised that a settlement has been reached between Plaintiff and Defendant. *See* Agreed Motion [Doc. # 28], ¶ 2. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **November 26, 2012,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **9th** day of **October, 2012.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2012\0811Conditional.wpd   121009.1044